UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-325 (SHS) |
| -v- | : | |
| DESIRAE SCHNEIDER, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the initial pretrial conference in this matter is scheduled for July 27, 2020, at 12:00 p.m.

Dated: New York, New York
    June 29, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.