UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,         :    20-Cr-325 (SHS)

     -v-                                                      :    <u>ORDER</u>

DESIRAE SCHNEIDER,                      :

                        Defendant.     :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     A teleconference is scheduled to take place in this matter via Skype on September 8, 2020, at 3:00 p.m. The Skype link will be emailed to all partes. To optimize use of the Court's video conferencing technology, all participants in the call must:

     Use a browser other than Microsoft Explorer to access Skype for Business;

     Position the participant's device as close to the WiFi router as is feasible;

     Ensure any others in the participant's household are not using WiFi during the period of the call;

     Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

     If there is ambient noise, the participant must mute his or her device when not speaking. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 1-917-933-2166 and entering the Conference ID number 963327392.

Dated:   New York, New York
           September 1, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.