# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 18, 2020

**BY ECF**
The Honorable Judge Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**RE:   United States v. Desirae Schneider**
       **20 Cr. 325 (SHS)**

Dear Judge Stein,

      I write to request a temporary modification to Desirae Schneider's bail conditions in the above-captioned case to allow Ms. Schneider to drive to Milford, Connecticut this Sunday, September 20, 2020. Pretrial services consents to this request; the Government defers to pretrial services.

      On March 16, 2020, Ms. Schneider was presented in Magistrate Court. The following bail conditions were set and subsequently met:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pre-trial supervision and mental health treatment as directed; surrender of travel documents with no new applications and travel restricted to the Southern District of New York; no contact with the alleged victim outside the presence of counsel; surrender keys to the complainant's home; continued employment; no "dark web" use; no possession of firearms/destructive devices/other weapons; and GPS monitoring.

      On June 22, 2020, Magistrate Judge Gorenstein granted Ms. Schneider's request for a temporary bail modification to allow her to travel to Milford, Connecticut from Saturday, June 27 through Sunday, June 28 to attend a small outdoor wedding. Ms. Schneider attended the wedding without incident. On July 29, 2020, the Court granted Ms. Schneider's request for a temporary bail modification to enable her to travel to Illinois to visit her family for one week in August 2020. Ms. Schneider planned this trip in consultation with her pretrial services officer. On August 6, 2020, the Court granted Ms. Schneider's request for a temporary bail modification to enable to her drive to Milford, Connecticut for a small birthday gathering with friends on

August 9, 2020. Since the start of this case, Ms. Schneider has remained in consistent compliance with the conditions of her release.

      Ms. Schneider now respectfully requests a temporary bail modification to enable her to drive to Milford, Connecticut to see friends on Sunday, September 20, 2020. The complainant in this case will not be there.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

**Application granted.**

**Dated: New York, New York
        September 18, 2020**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

cc:    Rebecca Dell, Assistant U.S. Attorney (by ECF)
        Jonathan Lettieri, Pre-Trial Services Officer (by email)