

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2020

**BY ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED p. 2**

Re:   **United States v. Desirae Schneider, 20 Cr. 325 (SHS)**

Dear Judge Stein:

  At the last conference on September 8, 2020, the Court excluded time under the Speedy Trial Act from September 8, 2020 until October 20, 2020 to allow time for the defendant to consider whether she will file any motions.  The Court also scheduled a pretrial conference in the above-captioned case for December 8, 2020 at 2:30 PM, and stated that the Government should ask for an earlier conference date if the defendant did not file any motions.  The defendant did not file any motions.  As a result, after conferring with defense counsel regarding her availability, the Government respectfully requests that the Court reschedule the pretrial conference for November 16 (any time), November 18 (any time), or November 20 (any time after 11 AM).

  The Government respectfully requests that time be excluded under the Speedy Trial Act between today, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel, who does not object to the exclusion of time.

            Respectfully submitted,

            AUDREY STRAUSS
            Acting United States Attorney for the
            Southern District of New York

          by:   /s/ Rebecca T. Dell
            Rebecca T. Dell
            Assistant United States Attorney
            (212) 637-2198

cc:  Marne Lenox, Esq. (By ECF)

The conference is rescheduled to November 16, 2020, at 2:30 p.m.  Time is excluded from calculation under the Speedy Trial Act from today until November 16, 2020.  The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Dated: New York, New York
October 22, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.