**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 12, 2020

**BY ECF**

The Honorable Judge Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**RE:    United States v. Desirae Schneider
         20 Cr. 325 (SHS)**

Honorable Judge Stein:

    A status conference in the above-captioned case is currently scheduled for Monday, November 16, 2020. The defense respectfully requests that this conference be adjourned to enable Ms. Schneider to continue to review discovery and decide whether she intends to seek a trial on this matter. The Government is unavailable from January 11 through January 22, 2021, as Ms. Dell anticipates being on trial. The parties are available the week of January 25, 2021, with the exception of 10am each day that week and 2pm on Friday, January 29, 2021.

    The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:    Rebecca Dell, Assistant U.S. Attorney

**The conference is adjourned to January 25, 2021, at 11:00 a.m. The time is excluded from calculation under the Speedy Trial Act from today until January 25, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

**Dated: New York, New York
November 13, 2020**

SO ORDERED

Sidney H. Stein
U.S.D.J.