UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  20-Cr-325 (SHS)

      -v-  :  <u>ORDER</u>

DESIRAE SCHNEIDER,  :

      Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A status conference having been held today via teleconference, with defendant, defendant's counsel, and counsel for the government participating,

    IT IS HEREBY ORDERED that:

    1.    The last day for the parties to file any motions *in limine,* proposed jury charges, and, if the parties wish, proposed *voir dire*, is April 26, 2021;

    2.    The responses to any motions *in limine*, are due on or before May 3, 2021;

    3.    There will be a final pretrial conference on May 6, 2021, at 2:30 p.m.;

    4.    The trial of this action will be scheduled for May 17, 2021, at 9:30 a.m.; and

    5.    The time is excluded from calculation under the Speedy Trial Act from today until May 17, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
      January 25, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1