UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-325 (SHS) |
| -v- | : | ORDER |
| DESIRAE SCHNEIDER, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter for May 19, 2021, two days later than the date scheduled by this Court.  Accordingly,

      IT IS HEREBY ORDERED that:

      1.    The dates in the Order dated January 25, 2021 [Doc. No. 44] remain as set; and

      2.    The trial of this action shall begin on May 19, 2021, at 9:30 a.m.

Dated: New York, New York
      March 1, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.