UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-325 (SHS) |
| -v- | : | <u>ORDER</u> |
| DESIRAE SCHNEIDER, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      This matter has been scheduled for trial beginning on May 19, 2021 (*see* Order, Doc. No. 51]. Today the Court granted the most recent of a seemingly endless series of requests the parties agreed to for permission for the defendant to engage in a variety of trips and relatively quotidian activities. Accordingly,

      IT IS HEREBY ORDERED that the parties are directed to notify the Court in writing by Thursday of this week what they believe the likelihood is of this matter actually going to trial.

Dated: New York, New York
      March 9, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1