# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2021

**BY ECF**
The Honorable Judge Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:   **United States v. Desirae Schneider**
      **20 Cr. 325 (SHS)**

Dear Judge Stein:

I represent Desirae Schneider in the above-captioned matter. I write jointly with the Government pursuant to the Court's March 9, 2021 order directing the parties to inform the Court of the likelihood Ms. Schneider will proceed to trial as scheduled on May 19, 2021. For the past several days, the parties have been engaged in active discussions concerning a possible pretrial resolution of this matter and are hopeful to reach a disposition soon. Accordingly, the parties do not presently anticipate a trial in this matter. The parties jointly respectfully request one week to provide the Court with an update on the status of plea negotiations.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender

(212) 417-8721

cc:   Rebecca Dell, Assistant U.S. Attorney

**Request granted.**

Dated: New York, New York
March 11, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.