```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   20 Cr. 325-1 (SHS)
     -against-                          :   ORDER
                                        :
Desirae Schneider                       :
                                        :
        Defendant                       :
                                        :
---------------------------------------X
```

SIDNEY H. STEIN, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include drug testing/treatment as directed by Pretrial Services

Dated: New York, New York
       June 10, 2021

SO ORDERED:

*(signature)*

SIDNEY H. STEIN
United States District Judge