UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-325 (SHS) |
| -v- | : | <u>ORDER</u> |
| DESIRAE SCHNEIDER, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the date for the continuation of defendant's sentencing is adjourned to November 3, 2021, at 2:30 p.m. The bail modification allowing defendant to remain with her parents in Illinois is extended to November 3, 2021.

Dated: New York, New York
       September 22, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.