UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,                 :        20-Cr-325 (SHS)

            -v-                           :        ORDER

DESIRAE SCHNEIDER,                        :

                    Defendant.            :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY ORDERED that the Probation Office shall release defendant's passport to
defendant or her attorney.


Dated: New York, New York
       November 3, 2021


                                   SO ORDERED:


                                   _____
                                   Sidney H. Stein, U.S.D.J.