UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-325 (SHS) |
| -v- | : | <u>ORDER</u> |
| DESIRAE SCHNEIDER, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  IT IS HEREBY ORDERED that during her home confinement, the defendant may leave her home for purposes of performing her community service. Defendant may also leave her home in Illinois for work trips that will require an overnight stay in New York. Defendant shall submit the details of her community service and her trips to New York to her probation officer.

Dated: New York, New York
   November 18, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.