UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DESIRAE SCHNEIDER<br><br><br>*Defendant.* | **SENTENCING ORDER**<br><br>**20 Cr. 325 (SHS)** |

SIDNEY H. STEIN, U.S. District Judge

   IT IS HEREBY ORDERED that during her six-month period of home confinement, the defendant is restricted to her residence at all times except for: religious services; medical appointments, including mental health treatment and daily exercise for one hour, which may include running outside; legal appointments or appearances; court-ordered obligations, including performing community service; and other activities preapproved by Probation. Defendant may also leave her home in Illinois for work trips that require an overnight stay in New York. Defendant shall submit details of her community service, other preapproved activities, and her trips to New York to her probation officer.

   FURTHER, during the period of the defendant's home confinement, Probation may monitor the defendant though SmartLink, a location monitoring electronic application. The defendant shall abide by all technology requirements of SmartLink.

   This Order supersedes the November 19, 2021 Order entered in this matter at Doc. No. 88.

Dated: New York, New York
       November 22, 2021

SO ORDERED:

_____
Sidney H. Stein, United States District Judge