UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  20-Cr-325 (SHS)

-v-  :  <u>ORDER</u>

DESIRAE SCHNEIDER,  :

        Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      At the request of the defendant's attorney, Marne L. Lenox of the Federal Defenders, to be relieved as counsel for defendant,

      IT IS HEREBY ORDERED that Marne L. Lenox is relieved, and CJA attorney on duty on May 20, 2022, Roberto Finzi, is appointed to assume representation of the defendant in this matter.

Dated: New York, New York
       May 18, 2022

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.