UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr. 325 (SHS) |
| -v- | : | CONSENT TO PROCEED BY VIDEOCONFERENCE OR |
| Desirae Schneider, | : | TELECONFERENCE |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant __Desirae Schneider__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

__X__ Misdemeanor Plea/Trial/Sentence

_____          /s/ Roberto Finzi
Defendant's Signature (Judge may obtain          _____
Verbal consent on Record and Sign for Defendant          Defense Counsel's Signature


Desirae Schneider                                                 Roberto Finzi
Print Defendant's Name                                      Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

__June 22, 2022__                                              _____
Date                                                                       Sidney H. Stein, U.S.D.J.