UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x

UNITED STATES OF AMERICA,  :  20 -Cr 325 (SHS)

-v-  :  CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
DESIRAE SCHNEIDER  :  TELECONFERENCE

Defendant.  :

---------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant __Desirae Schneider__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing on July 6, 2022

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature (Judge may obtain
Verbal consent on Record and Sign for Defendant

Desirae Schneider
_____
Print Defendant's Name

_____
Defense Counsel's Signature

ROBERTO FINZI
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

7/14/2022
_____
Date

_____
Sidney H. Stein, U.S.D.J.