UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-325 (SHS) |
| -v- | : | <u>ORDER</u> |
| DESIRAE SCHNEIDER, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the violation proceeding is adjourned to September 23, 2022, at 10:00 a.m. and shall occur as a video conference using the Microsoft Teams platform. The Teams link will be emailed to all participants. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 646-453-4442 and using PIN 196833656#.

Dated: New York, New York
       September 13, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.